

**coalition for the homeless**

September 4, 2018

TO: United States District Court, Southern District,

FROM: Tony Taylor,

RE: Xue Ji He,

Dear: Sir/Madam,

  I am writing in regards to Ms. Xue Ji He who has been a client of the Coalition for the Homeless. My client has informed me that she has provided a deposit/security to the defendant in a case she has in the Civil Court. My client is Homeless and has absolutely no funds at this time and is being asked to provide funds that she assuredly does not have at this time. My client is homeless and utilizes our services as she has volunteered at various organizations helping those in need.

  I am requesting the court takes these facts into consideration when passing judgement regarding my client if a case is presented. My client is in need of all the assistance she may be afforded by your court. I urge your office to assist my client to the best of your ability as she has found it extremely difficult here. My client receives all correspondence at:

Xue Jie He
40 Ann Street
New York, NY 10038

  My client is also providing assistance to churches as she cannot work because of her status and volunteering keeps her engaged physically mentally and emotionally.

Thanking you in advance:

*Tony Taylor*
**Program Director**
**Crisis Intervention**

XUE JIE. HE.

*[Stamped: SDNY PRO SE RECEIVED 2018 SEP -6 AM 10: 50 S.D. OF N.Y.]*

*[Handwritten: 18 CV. 7806 (Pro Se)]*