S.D.N.Y. – N.Y.C.
18-cv-7806
Stanton, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

_____

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand nineteen.

Present:

     Robert A. Katzmann,
          *Chief Judge*,
     John M. Walker, Jr.,
     José A. Cabranes,
          *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 04 2019
```

_____

Xuejie He,

          *Plaintiff-Appellant*,

     v.                                   18-3572

Office of the New York City Comptroller,

          *Defendant-Appellee*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is GRANTED for the purposes of this order. It is further ORDERED that the case be REMANDED for consideration of whether the parties are diverse and whether the amount in controversy requirement was satisfied.

          FOR THE COURT:
          Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/04/2019